## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____
BRETT BELLESHEIM and            )
STEPHANIE BELLESHEIM, h/w       )
                                )          Civil Action No. 12-2842
            Plaintiff           )
                                )
        vs.                     )
                                )
                                )
TATE & KIRLIN ASSOCIATES,       )
INC.                            )
                                )
            Defendant           )
_____)

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Brett Bellesheim and Stephanie

Bellesheim, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District

Court, hereby dismisses the action captioned above with prejudice. Each party is

responsible for their own attorney's fees and costs.

BY: _/s/_ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060